Sidney Wilder, Respondent, v. Henry C. Ballou,

as Executor, etc , Appellant. — Order modified by striking out the ten dollars costs, and as so modified affirmed, without costs to either party to this appeal.